1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| ASK SYDNEY, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SNAP, INC.,<br><br>　　　　Defendant. | CASE NO: 2:23-cv-06298-MCS-BFM<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ADDITIONAL DEADLINES FOR PATENT CASE** |

The Court has reviewed the parties' Joint Rule 26(f) Report.  In addition to the dates and deadlines set in the concurrently filed Order Re: Jury Trial, the Court sets the following dates and deadlines:

| Event | Date |
| --- | --- |
| Plaintiff's deadline to serve infringement contentions | 11/15/2023 |
| Defendant's deadline to serve invalidity contentions | 12/19/2023 |
| Parties' deadline to identify claim terms for construction | 01/18/2024 |
| Parties' deadline to exchange claim constructions | 02/01/2024 |
| Joint Claim Construction Prehearing Statement due | 02/15/2024 |
| Opening claim construction briefs due | 02/29/2024 |
| Responsive claim construction briefs due | 03/21/2024 |
| Claim construction hearing | 05/13/2024 |

If necessary, the Court will set further deadlines after the Claim Construction Hearing.

The parties' Joint Claim Construction Prehearing Statement shall contain a chart showing each party's proposed construction of each disputed term, together with an identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence supporting its proposed construction or undermining any other party's proposed construction, including, but not limited to, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses.

The parties shall identify up to ten (10) terms whose construction will be most significant to the case.  If the parties cannot agree on the 10 most significant terms, the parties shall identify the ones they agree are most significant and then they may evenly divide the remainder.  While the Court may in its discretion construe more than 10

1 | terms, the total terms identified by all parties as most significant cannot exceed 10.  For
2 | example, in a case involving two parties, if the parties agree upon the identification of
3 | five terms as most significant, each may only identify two additional terms as most
4 | significant.

5 | **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

7 | Dated: October 2, 2023

*/s/ Kelly C. Hunsaker*
Kelly C. Hunsaker (SBN: 168307)
KHunsaker@winston.com
Eimeric Reig-Plessis (SBN: 321273)
EReigPlessis@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

Paul B. Salvaty (SBN: 171507)
psalvaty@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

***Attorneys for Defendant Snap Inc.***

*/s/ Susan S.Q. Kalra*
Susan S.Q. Kalra (CA State Bar No. 16740)
skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(800) 993-7499
(832) 900-4941 (facsimile)

Southern California Office:
811 Wilshire Blvd., 17th Floor
Los Angeles, CA 90017
(800) 993-7499
(832) 900-4941 (facsimile)

Joseph J. Zito (Pro Hac to be filed)
WHITESTONE LAW
1850 Towers Crescent Plaza, #550
Tysons, Virginia 22182
202-466-3500
jzito@whitestone.law

***Attorneys for Plaintiff Ask Sydney, LLC***

**IT IS SO ORDERED.**

DATE: _____        _____
                                            Honorable Mark C. Scarsi
                                            United States District Judge