1
2
3
4
5                                                                                          **JS-6**
6
7
8
9
10                        **UNITED STATES DISTRICT COURT**
11                      **CENTRAL DISTRICT OF CALIFORNIA**
12                           **LOS ANGELES DIVISION**
13    ASK SYDNEY, LLC,                         CASE NO: 2:23-cv-06298-MCS-BFM
14              Plaintiff,                     **FINAL JUDGMENT**
15         v.
16
17    SNAP, INC.,
18              Defendant.
19
20
21
22
23
24
25
26
27
28

1        Pursuant to the Court's Order Granting Motion for Judgment on the Pleadings

2   (ECF No. 60) and the parties' Stipulation Regarding Proposed Final Judgment, it is

3   hereby ordered, adjudged, and decreed that judgment is entered on all claims and

4   counterclaims in favor of Defendant Snap Inc., and against Plaintiff Ask Sydney, LLC,

5   without waiver of Plaintiff's right to appeal the ineligibility determination.  Plaintiff

6   shall take nothing from this action against Defendant.  The action is dismissed with

7   prejudice, with each party to bear its own costs and fees.

8

9   **IT IS SO ORDERED.**

10

11  Dated: November 1, 2023

12  _____

13  MARK C. SCARSI
    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1